IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN PAUL DOMINIC GUIA (01)<br>CEDRIC SMITH (02)<br>JOSEPH JACKSON (03)<br>BRIANNA SMTIH (04) | NO.   3:19-CR-633-M |

**GOVERNMENT'S DESIGNATION OF EXPERTS
AND NOTICE OF INTENT TO OFFER EXPERT TESTIMONY**

Pursuant to Federal Rule of Criminal Procedure 16, the United States of America respectfully advises the Court and defendant that the government intends to offer the testimony of the following witnesses at trial that may be construed as "expert testimony" under Federal Rule of Evidence 703.

**Potential Expert Witnesses**

1. **Danielle DeLa Cruz**
   Drug Chemist
   Southwestern Institute of Forensic Sciences
   2355 North Stemmons Freeway
   Dallas, Texas 75207

Danielle DeLa Cruz is a Drug Chemist with the Southwestern Institute of Forensic Sciences (SWIFS).   DeLa Cruz will testify to the methodology used to conduct the testing on narcotics seized from this offense, specifically in laboratory case number IFS-19-11930 as it relates to the narcotics discovered at 7452 Chesterfield Drive, Dallas, Texas 75237.   She will explain the results of the tests she performed as memorialized on the lab report, including but not limited to chemical, physical and instrumental analysis,

Designation of Expert Witnesses – Page 1

the testing methods used in the lab, which may include, but is not limited to, color tests, gas chromatography/mass spectrometry/flame ionization detection, the chain of custody of samples, the gross/net weights of the narcotics received/tested, purity, and its significance.  DeLa Cruz concluded the various substances contained cocaine hydrochloride, cocaine base, and methamphetamine, all controlled substances.

     A copy of the lab report and her curriculum vitae was previously provided to defense counsel.

2. **Scott Satcher**
   Special Agent, ATF, Dallas
   Dallas Field Division

Special Agent Satcher has been employed by ATF for more than fourteen years. During that time, he has received extensive training in various aspects of firearms investigations, including training in where firearms and ammunition are manufactured. He has participated in hundreds of firearms-related investigations.  He has also testified as an expert in federal court on several occasions regarding where a specific firearm or ammunition was manufactured.

     In this case, he is expected to testify that the firearms and ammunition seized from the defendants on June 25, 2019, were manufactured outside the State of Texas where the defendants possessed them.

3. **Jabari Howard**
   Task Force Officer, ATF, Dallas
   Dallas Field Division

Detective Howard is currently a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives and has been assigned full time to an ATF

**Designation of Expert Witnesses – Page 2**

Group out of the Texoma HIDTA/TAG for approximately 5 years. He has been employed as a certified peace officer commissioned by the Dallas Police Department for over 15 years, assigned to the Gang Unit since January 2009. Prior to his assignment with the Gang Unit, he was a police officer working in an anti-crime unit for approximately four and a half years, specifically targeting gang members and narcotics traffickers operating within high crime areas in the City of Dallas. He holds an intermediate peace officer's license from the Texas Commission on Law Enforcement (TCOLE).

Detective Howard has experience investigating violations of federal and state narcotics and firearms laws, including but not limited to, the procurement and execution of search warrants, interviewing and working with confidential informants, the detection and identification of various narcotics and other dangerous drugs and the review of taped conversations obtained from wire intercepts. Through his training, education, and experience, he has become familiar with the manner in which illegal drugs are transported, stored, distributed, and the methods of payments for such drugs. He is also familiar with the methods by which narcotics traffickers communicate and the code words commonly used by narcotics traffickers. He has participated in both open and covert surveillance including conventional as well as electronic surveillance.

In his proposed testimony, he will apply all his experience, training, and familiarity derived from his years in law enforcement discussed above to educate the jury about how persons and groups illegally import, traffic, distribute, and sell narcotics. He is also expected to testify about the various criminal schemes and methods drug

**Designation of Expert Witnesses – Page 3**

traffickers and drug trafficking organizations employ, the identification of conspirators, their roles, and the manner and means used to effect the objects of the conspiracy. Detective Howard will testify to the patterns of drug trafficking that he observed in this case, as is routinely used by narcotics distributors, including but not limited to: the use of cellular telephones and text messages to conduct the illegal activity; the methodology of mixing and selling narcotics, including packaging, weighing, and storing the narcotics; the use of "trap" houses or locations (places where narcotics are sold) and the methods of running a trap house; the amount of narcotics deemed as personal use; the identification of certain narcotics and the use of code words that drug trafficking organizations often use to discuss narcotics; conspiracy structures; the use and purpose of cutting agents; the street value of narcotics; the use of firearms in furtherance of drug trafficking activities and the reasons for their use; and the common business practices between and amongst drug dealers (e.g. the concept of "fronting" drugs or delivering drugs to another person on consignment; the concept of "vouching" for another person in the context of purchasing drugs from a source of supply; the accrual of a drug-debt for a person/courier who loses drugs due to law enforcement intervention or otherwise).

      Detective Howard is also expected to be a probable fact witness in this case.

(the remainder of this page is left intentionally blank)

**Designation of Expert Witnesses – Page 4**

**Request for Notice of Defense Experts**

This designation of expert witnesses also serves as the government's request for notice of expert testimony by the defendant, pursuant to Federal Rule of Criminal Procedure 16. Specifically, the government requests that the defendant disclose to the government a written summary of testimony that the defendant intends to present at trial pursuant to Federal Rules of Evidence 702, 703, and 705, as well as requesting a CV of any expert the defense intends to call.

    Respectfully submitted,

    ERIN NEALY COX
    UNITED STATES ATTORNEY

    /s/ *Myria Boehm*
    Myria Boehm
    Assistant United States Attorney
    Texas State Bar No. 24069949
    1100 Commerce Street, Third Floor
    Dallas, Texas   75242-1699
    Telephone:   214-659-8600
    Facsimile:   214-659-8812
    Email: myria.boehm@usdoj.gov